1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10    ABEL AGUILAR,

11              Petitioner,                    No. CIV S-12-0214 CKD P

12         vs.

13    ATTORNEY GENERAL OF THE STATE
      OF CALIFORNIA,
14
                Respondents.              ORDER
15    _____/

16              Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17    habeas corpus pursuant to 28 U.S.C. § 2254.  The application appears to attack a conviction

18    issued by the Santa Clara County Superior Court.  Santa Clara County lies in the Northern

19    District of California.  While both this court and the United States District Court in the district

20    where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410

21    U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's

22    application are more readily available in Santa Clara County.  Id. at 499 n.15; 28 U.S.C.

23    § 2241(d).

24    /////

25    /////

26    /////

                                              1

1        Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this

2    matter is transferred to the United States District Court for the Northern District of California.

3      Dated: February 9, 2012

4                                                    _____
                                                     CAROLYN K. DELANEY
5                                                    UNITED STATES MAGISTRATE JUDGE

6

7

8
       3
9      agui0214.108

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26